HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GUADALUPE RAFAEL ALANIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GUADALUPE RAFAEL ALANIS,<br><br>    Defendant. | Case No. 6:15-mj-00018-MJS<br><br>STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING; ORDER<br><br>DATE:  November 17, 2015<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Guadalupe Rafael Alanis, that the change-of-plea hearing currently scheduled for October 21, 2015, be continued to November 17, 2015, at 10:00 a.m.

This continuance is requested to allow for additional defense investigation and further plea negotiations.  The attached declaration from defense counsel documents in more detail the reason for the continuance.

The requested date is a mutually agreeable date for both parties.

//

//

//

Respectfully submitted,

Date: October 19, 2015            */s/ Matthew McNease*
                                  MATTHEW MCNEASE
                                  Yosemite Legal Officer
                                  Counsel for the Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender


Date: October 19, 2015            */s/ Erin Snider*
                                  ERIN SNIDER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  GUADALUPE RAFAEL ALANIS


O R D E R

Good cause appearing, the proposed Stipulation in Case No. 6:15-mj-018-MJS is hereby approved and adopted as Order of the Court.  The change of plea hearing is continued to November 17, 2015, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   October 19, 2015                /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE