HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GUADALUPE RAFAEL ALANIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00018-MJS |
| | ) | |
| Plaintiff, | ) | **MOTION TO VACATE JANUARY 18, 2017 REVIEW HEARING; ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| GUADALUPE RAFAEL ALANIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant GUADALUPE RAFAEL ALANIS hereby requests that the Court vacate the January 18, 2017 review hearing.

On November 17, 2015, the Court sentenced Mr. Alanis to twelve months of unsupervised probation, with the conditions that he obey all laws, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, and pay a special assessment of $20.00, a fine of $730.00. Mr. Alanis has complied with all conditions of probation.

The government is in agreement with this request.

//

//

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2017                           */s/ Reed Grantham*
                                                 REED GRANTHAM
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 GUADALUPE RAFAEL ALANIS

## O R D E R

Based on the parties' joint representation that Mr. Alanis has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for January 18, 2017, at 10:00 a.m. in Case No. 6:15-mj-00018-MJS.

IT IS SO ORDERED.

Dated:   January 17, 2017           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Alanis - Motion to
Vacate Review Hearing

2