1
2  Susan St. Vincent
   Legal Officer
3  NATIONAL PARK SERVICE
   Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              DOCKET NO. 6:15-mj-0018-MJS

11                Plaintiff,

12        v.                               **NOTICE OF WITHDRAWAL OF**
                                           **STATEMENT OF ALLEGED PROBATION**
13  GUADALUPE RAFAEL ALANIS,               **VIOLATION(S); AND ORDER THEREON**

14                Defendant.

15                                         Court: U.S. District Court – Yosemite
                                           Judge: Honorable Michael J. Seng
16

17        Defendant, Guadalupe Rafael ALANIS, was charged with 1) possessing a

18  controlled substance, in violation of Title 36 Code of Federal Regulations § 2.35(b)(2); 2)

19  driving without a valid license, in violation of Title 36 Code of Federal Regulations§4.2;

20  California Vehicle Code §12500(a); 3) failure to have vehicle registration, in violation of

21  Title 36 Code of Federal Regulations§4.2; California Vehicle Code §4000(a)(1); 4) failure

22  to have vehicle insurance, in violation of Title 36 Code of Federal Regulations§4.2;

23  California Vehicle Code §16028(a); 5) speeding in violation of . Title 36 Code of Federal

24  Regulations§4.21(c); and 6) failure to comply with a traffic control device Title 36 Code of

25  Federal Regulations§4.12. On November 17, 2015, ALANIS plead guilty to the charges

26  of being in possession of a controlled substance and driving without a valid license, and

27  was sentenced to pay a $750 fine at a rate of $75 per month, obey all laws, report all

28

                                        1

1   new violations of the law to the Yosemite Legal Office, and serve twelve months of

2   unsupervised probation.

3        On November 9, 2016 the Government filed a Notice of Probation Violation

4   alleging ALANIS had failed to attend pay the fine as ordered.  A review hearing was

5   scheduled for January 18, 2017 at 10:00 A.M.  The Government has subsequently been

6   provided proof the fine had been paid in full.  The Government herewith withdraws its

7   Allegation of Probation Violation in this matter.   The Court previously vacated the review

8   hearing.

9

10  Dated: March 4, 2017                    By: /s/ Susan St. Vincent_____

11                                          Susan St. Vincent
                                            Legal Officer
12                                          Yosemite National Park, CA

13

14                              **ORDER**

15        The Statement of Alleged Probation Violation(s) filed in case number 6:15-mj-

16  00018-MJS on November 9, 2016 is retracted.

17

18  IT IS SO ORDERED.

19

20     Dated:   __March 6, 2017__            /s/ *Michael J. Seng*

21                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                    2